IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,**<br><br>　　　　　　　　　**Plaintiff,**<br><br>　　　　-v-<br><br>**HERBS & ARTS INTERGALACTIC, INC.,**<br><br>　　　　　　　　　**Defendant.** | **Civil Case Number:  1:22-cv-07591-PAE-JLC** |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 23, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-07591-PAE-JLC**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __24__ **day of May 2023.**

The Clerk of Court is respectfully directed to terminate all pending motions and close this case.

_Paul A. Engelmayer_
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE